

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00102-CV

**IN THE INTEREST OF K.J.G.**, Jr., et al.

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01856
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 21, 2019.

_____
Liza A. Rodriguez, Justice